UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEE JOHNSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG, Warden,<br><br>　　　　　Respondent. | 1:13-CV-01265 LJO GSA HC<br><br>ORDER GRANTING MOTION TO CORRECT<br><br>[Doc. #9] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On August 26, 2013, the Court issued an order directing Respondent to file a response to the petition. The order incorrectly stated that Petitioner had consented to the jurisdiction of the Magistrate Judge. On September 5, 2013, Petitioner notified the Court of the error and requested it be corrected.

　　　Accordingly, Petitioner's motion is GRANTED. The language indicating consent in the August 26, 2013, order is STRICKEN.

　　　IT IS SO ORDERED.

　　**Dated:　September 10, 2013**　　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE